**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3732
Facsimile: (504) 455-1498
E-Mail: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-Mail: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Douglas Rein*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY PEACOCK, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DUTCH BROS INC., JONATHAN RICCI, and CHARLES L. JEMLEY, <br><br> Defendants. | Case No. 1:23-cv-01794-JLC-PAE |

**DECLARATION OF KIM E. MILLER IN SUPPORT OF MOTION
OF DOUGLAS REIN FOR APPOINTMENT AS LEAD PLAINTIFF AND
APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.     I am a partner of the law firm of Kahn Swick & Foti, LLC, Counsel for Lead Plaintiff Movant Douglas Rein ("Mr. Rein" or "Movant").

2.     I have personal knowledge of the facts set forth herein.

3.     Movant seeks appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 in the above-captioned action.

4.     I submit this Declaration, together with the attached exhibits, in support of Mr. Rein's Motion for Appointment as Lead Plaintiff and Approval of his Selection of Lead Counsel for the Class.

5.     Attached as exhibits are true and correct copies of the following:

Exhibit A:     Certification of Douglas Rein reflecting Class Period transactions in Dutch Bros Inc. securities;

Exhibit B:     Loss Chart reflecting Douglas Rein's Class Period transactions in Dutch Bros Inc. securities;

Exhibit C:     Published Notice on *Business Wire* on March 2, 2023 of the securities class action complaint filed against Dutch Bros Inc.;

Exhibit D:     Declaration of Douglas Rein; and

Exhibit E:     Biography for Proposed Lead Counsel, Kahn Swick & Foti, LLC

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 1st day of May, 2023 at Greenwich, Connecticut.

*/s/ Kim E. Miller*
Kim E. Miller