# EXHIBIT B

**Dutch Bros Securities Litigation**
**Class Period Losses of Douglas Rein in Securities of Dutch Bros Inc. (NYSE: "BROS")**

| | |
|---|---|
| **Class Period Begins:** | 3/1/2022 |
| **Class Period Ends:** | 5/11/2022 |
| **90-Day Lookback Period Ends:** | 8/9/2022 |
| **90-Day Lookback Price:** | $ 35.5248 |

**Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain** |
| 2/2/2022 | 1,000 | $ 56.00 | $ (56,000.00) | | | | | |
| 2/2/2022 | 2,000 | $ 57.75 | $ (115,500.00) | | | | | |
| 2/9/2022 | 1,000 | $ 57.00 | $ (57,000.00) | | | | | |
| 2/9/2022 | 1,000 | $ 57.50 | $ (57,500.00) | | | | | |
| | | | | 3/29/2022 | 5,000 | $ 63.88 | $ 319,400.00 | $ 33,400.00 |
| 3/25/2022 | 100 | $ 55.92 | $ (5,592.00) | | | | | |
| 3/25/2022 | 100 | $ 55.93 | $ (5,593.00) | | | | | |
| 3/25/2022 | 1,800 | $ 56.00 | $ (100,800.00) | | | | | |
| | | | | 3/29/2022 | 2,000 | $ 63.88 | $ 127,760.00 | $ 15,775.00 |
| 3/31/2022 | 1,000 | $ 58.20 | $ (58,200.00) | HELD | 1,000 | $ 35.5248 | $ 35,524.80 | $ (22,675.20) |
| 3/31/2022 | 2,000 | $ 58.35 | $ (116,700.00) | HELD | 2,000 | $ 35.5248 | $ 71,049.60 | $ (45,650.40) |
| 3/31/2022 | 1,000 | $ 58.30 | $ (58,300.00) | HELD | 1,000 | $ 35.5248 | $ 35,524.80 | $ (22,775.20) |
| 3/31/2022 | 1,000 | $ 58.28 | $ (58,280.00) | HELD | 1,000 | $ 35.5248 | $ 35,524.80 | $ (22,755.20) |
| 4/5/2022 | 2,000 | $ 54.19 | $ (108,379.80) | HELD | 2,000 | $ 35.5248 | $ 71,049.60 | $ (37,330.20) |

**Total LIFO/*Dura* Losses Net Gains:  $ (102,011.20)**

\* For those shares purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1). Because the final corrective disclosure was disseminated to the market on 5/12/2022, the final day of the 90-day lookback period is 8/9/2022. The mean trading price of Dutch Bros' common stock for that 90-Day period is $35.5248.

\*\* Mr. Rein's 3/29/2022 sale of 7,000 shares for $63.88/share matches on a 'Last-In, First-Out' ("LIFO") basis with Class Period purchases totalling 2,000 shares on 3/25/2022 and pre-Class Period purchases totalling 5,000 shares on 2/9/2022 and 2/2/2022. Mr. Rein has netted the profits from that 3/29/2022 sale (including shares matching to both the Class Period purchases and the pre-Class Period purchases) from his losses.