**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY PEACOCK, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:23-cv-01794-PAE |
| Plaintiff, | |
| v. | |
| DUTCH BROS INC., JONATHAN RICCI, and CHARLES L. JEMLEY, | |
| Defendants. | |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF TYLER SCHEINOST'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF <u>COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1.       I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movant Tyler Scheinost ("Scheinost") and proposed Co-Lead Counsel for the class in the above-captioned action. I make this declaration in support of Tyler Scheinost's Motion for Appointment as Lead Plaintiff and Approval of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.       Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A:      Press release published on March 2, 2023 on *Business Wire*, announcing the pendency of the first securities class action against the Defendants herein;

Exhibit B:      Scheinost's Signed PSLRA Certification;

Exhibit C:      Analysis of Scheinost's financial interest;

Exhibit D:      Firm résumé of Glancy Prongay & Murray LLP;

Exhibit E:      Firm résumé of Holzer & Holzer, LLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 1st day of May 2023.

/s/ Gregory B. Linkh
Gregory B. Linkh

1

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On May 1, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 1, 2023, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh