# EXHIBIT C

## Financial Interest Analysis

**Company Name:** Dutch Bros, Inc.
**Ticker:** BROS
**Class Period:** March 1, 2022 to May 11, 2022
**Name:** Tyler Scheinost

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 5/5/2022 | 10,000 | $46.6300 | -$466,300.0000 | | $0.0000 | -$466,300.00 |
| 5/11/2022 | -2,500 | | $0.0000 | $34.7100 | $86,775.0000 | $86,775.00 |
| 5/11/2022 | -2,100 | | $0.0000 | $34.6300 | $72,723.0000 | $72,723.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **5,400** | | | | **Subtotal:** | **-$306,802.00** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $191,833.67 |
| | | | $35.5248 | 5,400 | **Total:** | **-$114,968.33** |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between May 12, 2022 and August 9, 2022.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.