**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY PEACOCK, Individually and on Behalf of All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>    vs.<br><br>DUTCH BROS INC., JONATHAN RICCI, and CHARLES L. JEMLEY,<br><br>                 Defendants. | Civil Action No. 1:23-cv-01794- PAE |

**DECLARATION OF THOMAS L. LAUGHLIN, IV IN SUPPORT OF MICHAEL**
**RICE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**
**AND APPROVAL OF SELECTION OF LEAD COUNSEL**

I, Thomas L. Laughlin, IV, hereby declare as follows pursuant to 28 U.S.C. §1746:

1.      I am a partner with the law firm Scott+Scott Attorneys at Law LLP ("Scott+Scott"), counsel for lead plaintiff movant Michael Rice ("Movant") and proposed Lead Counsel for the Class.

2.      I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as lead plaintiff and approval of his selection of Scott+Scott as Lead Counsel for the Class.

3.      Attached hereto as the exhibits are true and correct copies of the following:

Exhibit 1:      Notice published March 2, 2023, via *BusinessWire*, pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA");

Exhibit 2:      Movant's PSLRA Certification;

Exhibit 3:      Declaration of Movant;

Exhibit 4:      Movant's Loss Chart; and

Exhibit 5:      Scott+Scott firm résumé.

I declare under penalty of perjury that the foregoing facts are true and correct.  Executed on the 1st day of May, 2023.

*/s/ Thomas L. Laughlin, IV*
THOMAS L. LAUGHLIN, IV

1

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

    *s/ Thomas L. Laughlin, IV*
    Thomas L. Laughlin, IV

2