# EXHIBIT 3

**DECLARATION OF MICHAEL RICE IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

I, Michael Rice, pursuant to 28 U.S.C. §1746, declare as follows:

1.      I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in the instant class action on behalf of investors in the securities of Dutch Bros Inc. ("Dutch Bros") and for approval of my selection of Scott+Scott Attorneys at Law LLP to be appointed as Lead Counsel. I am also represented by The Schall Law Firm ("SLF") as Additional Counsel. I have personal knowledge of the facts set forth below relating to my activities, actions and beliefs, and would testify competently thereto.

2.      As reflected in my Certification, I purchased Dutch Bros common stock during the Class Period.  I am 52 years old and I reside in Salem, Oregon. I earned a B.A. from Southern Oregon University. I am a Certified Public Accountant and business owner. I am a sophisticated investor with approximately 30 years of experience investing in the stock market. Because I suffered substantial losses, I am motivated to seek the best possible result for myself and the proposed class.

3.      I am highly incentivized to recover the substantial losses I suffered as a result of Defendants' alleged violations of the federal securities laws, and am committed to actively directing this litigation and maximizing the recovery for the Class.  I believe that the allegations in the Action are meritorious and that the Class will benefit from having a highly motivated investor, with substantial financial interests at stake, in control of the case.

4.      I am informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. If appointed as lead plaintiff, my primary goal will be to ensure that the Class achieves the largest possible recovery.  I

1

understand that my efforts as lead plaintiff, if successful, will benefit the entire Class.  I understand that I owe a duty to all members of the proposed Class to provide fair and adequate representation. I intend to work with my chosen counsel to protect the interests of all Class members, and to vigorously prosecute the claims brought forth in this action on behalf of the Class.

5.      I do not foresee any problems communicating with counsel or staying informed of the progress of this litigation.  As part of my effort to formalize my leadership of this action, and my commitment to prosecute the action against Defendants, before seeking appointment as Lead Plaintiff, I had multiple calls with my proposed Lead Counsel, Scott+Scott Attorneys at Law LLP, and my additional counsel The Schall Law Firm, to discuss, among other things: the facts and the merits of the claims against Defendants; my interest in serving as lead plaintiff; and ensuring that the Class's claims will be efficiently and zealously prosecuted.

6.      I am aware of a lead plaintiff's obligation under the PSLRA to select lead counsel, and to supervise the prosecution of the case to guarantee that the Action is prosecuted efficiently. Through supervision of my chosen counsel, I will ensure that the Action is prosecuted for the benefit of the Class in an efficient and effective manner.  In order to achieve this result, I plan on consulting with counsel regarding the prosecution of this lawsuit via telephone, email, and other forms of electronic communication.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this day of _____4/7/2023_____.

_Michael Rice_
DocuSigned by:
677B1CBE306A4CD...

Michael Rice

2