# **EXHIBIT 4**

**LOSS ANALYSIS**

**Class Period: 03/01/2022 to 05/11/2022**

**DUTCH BROS INC-CLASS A**

| Ticker | CUSIP | SEDOL | ISIN | Lookback Price | |
|---|---|---|---|---|---|
| **BROS** | **26701L100** | **BMWP7H2** | **US26701L1008** | **$43.00800** | * |

**Michael Rice**

**LIFO**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Purchase | 3/1/2022 | 100 | $44.93 | -$4,493.00 |
| Purchase | 3/1/2022 | 91 | $46.82 | -$4,260.62 |
| Purchase | 3/1/2022 | 60 | $48.20 | -$2,892.00 |
| Purchase | 3/1/2022 | 59 | $48.10 | -$2,837.90 |
| Purchase | 3/1/2022 | 47 | $45.12 | -$2,120.64 |
| Purchase | 3/1/2022 | 41 | $48.19 | -$1,975.79 |
| Purchase | 3/3/2022 | 87 | $44.75 | -$3,893.25 |
| Purchase | 3/7/2022 | 200 | $45.05 | -$9,010.00 |
| Purchase | 3/7/2022 | 200 | $45.07 | -$9,014.00 |
| Purchase | 3/14/2022 | 100 | $48.54 | -$4,854.00 |
| Purchase | 3/15/2022 | 17 | $49.60 | -$843.20 |
| Purchase | 3/16/2022 | 40 | $51.70 | -$2,068.00 |
| Purchase | 3/16/2022 | 20 | $51.58 | -$1,031.60 |
| Purchase | 3/16/2022 | 10 | $51.22 | -$512.20 |
| Purchase | 3/16/2022 | 5 | $50.65 | -$253.25 |
| Purchase | 3/16/2022 | 5 | $51.08 | -$255.40 |
| Purchase | 3/17/2022 | 335 | $55.98 | -$18,753.30 |
| Purchase | 3/21/2022 | 71 | $58.00 | -$4,118.00 |
| Purchase | 3/21/2022 | 34 | $58.68 | -$1,995.12 |
| Purchase | 4/1/2022 | 350 | $54.90 | -$19,215.00 |
| Purchase | 4/1/2022 | 100 | $56.43 | -$5,643.00 |
| Purchase | 4/4/2022 | 200 | $54.97 | -$10,994.00 |
| Purchase | 4/5/2022 | 200 | $53.76 | -$10,752.00 |
| Purchase | 4/5/2022 | 100 | $53.64 | -$5,364.00 |
| Purchase | 4/5/2022 | 100 | $53.12 | -$5,312.00 |

| | | | | |
|---|---|---|---|---|
| Purchase | 4/5/2022 | 100 | $54.90 | -$5,490.00 |
| Purchase | 4/6/2022 | 100 | $51.23 | -$5,123.00 |
| Purchase | 4/7/2022 | 140 | $49.94 | -$6,991.60 |
| Purchase | 4/18/2022 | 100 | $51.14 | -$5,114.00 |
| Purchase | 4/26/2022 | 200 | $51.47 | -$10,294.00 |
| Purchase | 4/26/2022 | 120 | $50.16 | -$6,019.20 |
| Purchase | 4/26/2022 | 78 | $50.15 | -$3,911.70 |
| Purchase | 4/26/2022 | 50 | $49.45 | -$2,472.50 |
| Purchase | 4/26/2022 | 50 | $47.48 | -$2,374.00 |
| Purchase | 4/26/2022 | 50 | $50.02 | -$2,501.00 |
| Purchase | 4/26/2022 | 50 | $47.11 | -$2,355.50 |
| Purchase | 4/26/2022 | 50 | $48.07 | -$2,403.50 |
| Purchase | 4/26/2022 | 25 | $46.04 | -$1,151.00 |
| Purchase | 4/26/2022 | 2 | $50.11 | -$100.22 |
| Purchase | 5/3/2022 | 300 | $47.98 | -$14,394.00 |
| Purchase | 5/3/2022 | 200 | $47.70 | -$9,540.00 |
| Purchase | 5/4/2022 | 200 | $47.36 | -$9,472.00 |
| Purchase | 5/4/2022 | 100 | $46.84 | -$4,684.00 |
| Purchase | 5/4/2022 | 100 | $46.51 | -$4,651.00 |
| Purchase | 5/5/2022 | 200 | $45.75 | -$9,150.00 |
| Purchase | 5/9/2022 | 259 | $41.32 | -$10,701.88 |
| Purchase | 5/9/2022 | 234 | $41.34 | -$9,673.56 |
| Purchase | 5/9/2022 | 200 | $41.30 | -$8,260.00 |
| Purchase | 5/9/2022 | 6 | $41.33 | -$247.98 |
| Purchase | 5/9/2022 | 1 | $41.33 | -$41.33 |
| Purchase | 5/11/2022 | 7,700 | $38.96 | -$299,992.00 |
| Purchase | 5/11/2022 | 500 | $37.32 | -$18,660.00 |
| Purchase | 5/11/2022 | 500 | $37.80 | -$18,900.00 |
| Purchase | 5/11/2022 | 300 | $36.81 | -$11,043.00 |
| **Class Period purchases:** | | **14,487** | | **-$618,173.24** |
| Sale | 4/18/2022 | 100 | $52.74 | $5,274.00 |
| Sale | 5/11/2022 | 5 | $39.54 | $197.70 |
| Sale | 5/11/2022 | 7,700 | $39.25 | $302,225.00 |
| **Class Period sales (matched to Class Period purchases):** | | **7,805** | | **$307,696.70** |

LIFO Retained Purchases:    6,682          $43.00800          $287,379.45

**\* Lookback price is calculated pursuant to 15 U.S.C. §78u-4(e)(2); Rice sold his retained shares during the 90-day lookback period. The value of the retained shares is the weighted average of the sales during the 90-day lookback period.**

**LIFO Gain/(Loss):    -$23,097.09**