UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JERRY PEACOCK,

Plaintiff,

-v-

DUTCH BROS., INC. ET AL.,

Defendants.

23 Civ. 1794 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received motions for appointment of lead plaintiff(s) and counsel in this case. *See* Dkts. 12, 16, 19. Responses to these motions are due on May 22, 2023. The Court does not invite replies.

SO ORDERED.

Paul A. Engelmayer
United States District Judge

Dated: May 2, 2023
New York, New York