**KAHN SWICK & FOTI, LLC**
Kim E. Miller (NY-6996)
250 Park Avenue, 7th Floor
New York, NY 10177
Telephone: (212) 696-3730
Facsimile: (504) 455-1498
E-Mail: kim.miller@ksfcounsel.com

-and-

Lewis S. Kahn
1100 Poydras Street, Suite 960
New Orleans, LA 70163
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
E-Mail: lewis.kahn@ksfcounsel.com

*Counsel for Lead Plaintiff Movant Douglas Rein*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JERRY PEACOCK, Individually And On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> DUTCH BROS INC., JONATHAN RICCI, and CHARLES L. JEMLEY, <br><br> Defendants. | Case No. 1:23-cv-01794-JLC-PAE |

**SUPPLEMENTAL DECLARATION OF KIM E. MILLER IN OPPOSITION TO COMPETING MOTION FOR APPOINTMENT AND IN FURTHER SUPPORT OF MOTION OF DOUGLAS REIN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL**

I, Kim E. Miller, hereby declare as follows:

1.      I am a partner of the law firm of Kahn Swick & Foti, LLC ("KSF"), Counsel for Lead Plaintiff Movant Douglas Rein ("Mr. Rein" or "Movant"). I have personal knowledge of the facts set forth herein.

2.      Movant seeks appointment as Lead Plaintiff pursuant to Section 21(D) of the Securities Exchange Act of 1934 in the above-captioned action.

3.       I submit this Supplemental Declaration, together with the attached exhibit, in opposition to the motion of Tyler Scheinost ("Mr. Scheinost") (ECF No.16) and in further support of Mr. Rein's motion for appointment as Lead Plaintiff and approval of his selection of KSF as Lead Counsel for the Class. ECF No. 12.

4.      Attached hereto as Exhibit A is the Conformed Loss Chart of Tyler Scheinost in Securities of Dutch Bros Inc. (NYSE: "BROS").

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 22nd day of May, 2023 at Greenwich, Connecticut.

*/s/ Kim E. Miller*
Kim E. Miller