# EXHIBIT A

**Dutch Bros Securities Litigation**
**Conformed Loss Chart of Tyler Scheinost in Securities of Dutch Bros Inc. (NYSE: "BROS")**

| | |
|---|---|
| **Class Period Begins:** | 3/1/2022 |
| **Class Period Ends:** | 5/11/2022 |
| **90-Day Lookback Period Ends:** | 8/9/2022 |
| **90-Day Lookback Price:** | $ 35.5248 |

**Common Stock**

| Purchases | | | | Sales | | | | |
|---|---|---|---|---|---|---|---|---|
| Date | Quantity | Price | (Cost) | Date | Quantity | Price* | Proceeds | (Loss)/Gain |
| 5/5/2022 | 5400 | $ 46.63 | $(251,802.00) | HELD | 5400 | $35.5248 | $191,833.92 | $ (59,968.08) |
| 5/5/2022 | 4600 | $ 46.63 | $(214,498.00) | | | | | |
| | | | | 5/11/2022 | 2500 | $ 34.71 | $ 86,775.00 | |
| | | | | 5/11/2022 | 2100 | $ 34.63 | $ 72,723.00 | $ (55,000.00) **Non-*Dura* Loss |

**Nominal Total Losses:** $ (114,968.08)
**Total LIFO/*Dura* Losses:** $ (59,968.08)

\* For those shares purchased during the Class Period and "HELD" through the 90-day period immediately thereafter, losses have been determined using the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that forms the basis for the action is disseminated to the market. *See* 15 U.S.C. § 78u–4(e)(1). Because the final corrective disclosure was disseminated to the market on 5/12/2022, the final day of the 90-day lookback period is 8/9/2022. The mean trading price of Dutch Bros' common stock for that 90-Day period is $35.5248.

\*\* Mr. Scheinost's Class Period sales on 5/11/2022 totalling 4,600 shares match on a 'Last-In, First-Out' ("LIFO") basis with Class Period purchases on 5/5/2022. Because Mr. Scheinost sold shares purchased in the Class Period before the end of the Class Period (and the information correcting Defendants' alleged misstatements and/or omissions that form the basis of the Action was disseminated to the market), these sales are unrecoverable 'in-and-out' transactions under *Dura Pharm., Inc. v. Broudo*, 544 U.S. 336, 125 S. Ct. 1627 (2005).