UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERRY PEACOCK, *Individually and on Behalf of All Others Similarly Situated,*<br><br>                              Plaintiff,<br>-v-<br><br>DUTCH BROS, INC. ET AL.,<br><br>                              Defendants. | 23 Civ. 1794 (PAE),<br>23 Civ. 5010 (PAE),<br>23 Civ. 5653 (PAE),<br>23 Civ. 6186 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

Pending before the Court are (1) motions to appoint lead plaintiffs and class counsel in *Peacock v. Dutch Bros, Inc.*, *see* No. 23 Civ. 1794, Dkts. 12–26; and (2) a motion to consolidate cases 23 Civ. 5010, *Hudson v. Ricci*, and 23 Civ. 5653, *Wakefield v. Ricci*. *See* No. 23 Civ. 5010, Dkt. 7. The Court is mindful that the four above-captioned cases appear to arise out of the same alleged misstatements and omissions relating to the financial health of Dutch Bros, Inc. In the interest of efficiency, the Court, before resolving the motion in *Peacock*, seeks clarification whether any party will seek to consolidate *Peacock* with the other, above-cited cases and, if so, whether any party intends to propose an alternative lead plaintiff and/or lead counsel for the consolidated cases. The Court directs that plaintiffs file, no later than July 26, 2023, a joint letter addressing these points.

The Clerk of Court is respectfully directed to file this order in each case captioned above.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: July 24, 2023
       New York, New York

1