UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERRY PEACOCK, *Individually and on Behalf of All Others Similarly Situated*,

                Plaintiff,

-v-

DUTCH BROS, INC. ET AL.,

                Defendants.

23 Civ. 1794 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

    The Court, by a separate opinion issued earlier today, has appointed Douglas Rein as lead plaintiff. Accordingly, the Court respectfully directs the Clerk of Court to re-caption the case *Douglas Rein, Individually and On Behalf of All Others Similarly Situated v. Dutch Bros, Inc. et al.*

SO ORDERED.

                                                          Paul A. Engelmayer
                                                          United States District Judge

Dated: August 3, 2023
           New York, New York