**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
DOUGLAS REIN, individually and on behalf of all
others similarly situated,

                              Plaintiff,

          -against-                                       23 **CIVIL** 01794 (PAE)

                                                  <u>**JUDGMENT**</u>

DUTCH BROS, INC. et al.,

                              Defendants.
-----------------------------------------------------------------------X


        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated June 24, 2024, the Court grants defendants' motion

to DISMISS in its entirety and DISMISSES this case with prejudice; accordingly, the case is

closed.

**Dated:**  New York, New York

      June 24, 2024

                                              **DANIEL ORTIZ**
                                      _____
                                         **Acting Clerk of Court**

                        **BY:**
                                         _____
                                         **Deputy Clerk**